**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALBERT ORTIZ, | ) | No. CV 11-3633-CJC(CW) |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| FERNANDO GONZALEZ (Warden), | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: January 30, 2012

_____
CORMAC J. CARNEY
United States District Judge